JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY RIOS, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MENTOR GRAPHICS CORPORATION, an Oregon corporation; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 8:18-cv-01252-JLS-ADS<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDCE**<br><br>Complaint filed: June 8, 2018 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

| | |
|---|---|
| 1 | The Court, having considered the parties' Stipulation for Dismissal Pursuant to |
| 2 | Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with |
| 3 | prejudice Plaintiff's Complaint in the above-entitled action. Each party shall bear its |
| 4 | own costs and attorneys' fees. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | Dated: 5/10/2019          By: __JOSEPHINE L. STATON__ |
| 9 |                                            Hon. Josephine L. Staton
United State District Judge |

- 1 -
**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**